# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

EMEAL HICKS, §
            Petitioner, §
§
v. § No. 3:19-cv-00733-S (BT)
§
§
LORIE DAVIS-DIRECTOR TDCJ-CID, §
            Respondent. §

## ORDER

The Court entered findings, conclusions, and a recommendation that this case be dismissed because Petitioner failed to pay the filing fee. (ECF No. 7.) Petitioner has now paid the fee. The Court therefore VACATES its Findings, Conclusions, and Recommendation.

SO ORDERED.

Signed July 12, 2019.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE